### 10479.  BARLOW *v.* THE STATE.

STEPHENS, J.  1. The court did not abuse its discretion in overruling the motion for a continuance based upon the absence of an alleged material witness, it not appearing that the witness resided within the county. The witness being in the United States Army, there was no reason to expect that he would be present at the next term of the court.

2. The evidence authorized the verdict, which was approved by the trial judge.      *Judgment affirmed.  Broyles, P. J., and Bloodworth, J., concur.*
                        DECIDED JULY 22, 1919.

Accusation of transporting liquor; from city court of Eastman—Judge Griffin.   February 22, 1919.

*J. H. Roberts, H. W. Nalley,* for plaintiff in error.

*D. D. Smith, solicitor,* contra.